# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN CHRISTIAN SCOTT

NO. 2026 KW 0415

**JUNE 29, 2026**

---

In Re:     Kevin Christian Scott, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1482-F-2019.

---

**BEFORE:    McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED.** The application for postconviction relief is untimely on its face, and relator failed to meet his burden of proving an exception to the time limitation. See La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc,** 2006-0169 (La. 9/15/06), 937 So.2d 844 (*per curiam*). Accordingly, the district court did not abuse its discretion by denying the application for postconviction relief.

**TPS**
**BDE**

**McClendon, C.J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT